

# Notice:  3:18-cv-00041

# No IFP Application, or Filing Fee was received with Initiating Documents.