UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

JULIO CESAR NAVAS,

Plaintiff,

v.

DEBORA SCHUMACHER, *et al.*,

Defendants.

Case No. 3:18-cv-00041-MMD-CBC

ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE CARLA BALDWIN CARRY

Before the Court is the Report and Recommendation of United States Magistrate Judge Carla Baldwin Carry (ECF No. 8) ("R&R"), recommending denying Plaintiff's applications to proceed in forma pauperis (ECF Nos. 3, 6). No objection to the R&R has been filed, and the time for doing so has expired.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an

objection."). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review to determine whether to adopt Magistrate Judge Carry's R&R. Judge Carry recommends denying Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 3, 6) because courts in this District have previously dismissed at least three other cases he filed for failure to state a claim. (ECF No. 8 at 1-2.) Upon reviewing the R&R and records in this case, this Court finds good cause to adopt the Magistrate Judge's R&R in full.

It is therefore ordered, adjudged and decreed that the Report and Recommendation of Magistrate Judge Carla Baldwin Carry (ECF No. 8) is accepted and adopted in its entirety.

It is further ordered that Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 3, 6) are denied.

It is further ordered that Plaintiff must pay the full filing fee of $400 within 30 days of the date of entry of this order for this case to proceed. If Plaintiff fails to timely pay the filing fee, the Court will dismiss this case with prejudice.

DATED THIS 21st day of May 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE